Thomas P. VITRANO, Petitioner-Appellant,

v.

Jennifer SAAD, Warden, Respondent-Appellee.

No. 16-7224

United States Court of Appeals, Fourth Circuit.

Submitted: April 17, 2017

Decided: April 26, 2017

Thomas P. Vitrano, Appellant Pro Se. Helen Campbell Altmeyer, Erin Carter Tison, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

Before MOTZ, KEENAN, and DIAZ, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas P. Vitrano, a federal prisoner, appeals the district court's order accepting the magistrate judge's finding that Vitrano

failed to exhaust administrative remedies before filing his 28 U.S.C. § 2241 (2012) petition, concluding that waiving the exhaustion requirement served the interest of judicial economy, and denying relief on the merits. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Vitrano v. Saad*, No. 1:15-cv-00220-IMK-JES, 2016 WL 4540828 (N.D. W. Va. Aug. 31, 2016). We deny Vitrano's motion for transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*